UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| DALE MCKINNEY, | : |
|                Plaintiff, | : |
| | : |
|      v. | :     No. 2:15-cv-04671 |
| | : |
| MICHAEL NUTTER; LOUIS GIORLA; | : |
| M. FARRELL; MAJOR ABELLO; and | : |
| VINCENT CORRIGAN, | : |
|                Defendants. | : |

_____

**O R D E R**

**AND NOW,** this 8th day of March, 2017, for the reasons set forth in the Opinion issued

this date, **IT IS HEREBY ORDERED THAT:**

    1.      The Motion to Dismiss, ECF No. 7, is **GRANTED**;

    2.      Defendant Vincent Corrigan is **DISMISSED with prejudice**;

    3.      Plaintiff's claim regarding the prison's failure to respond to grievances is

**DISMISSED with prejudice**;

    4.      All of Plaintiff's remaining claims are **DISMISSED without prejudice**; and

    5.      Plaintiff may file an amended complaint **no later than March 31, 2017**, or this

action will be closed.

BY THE COURT:

_/s/ Joseph F. Leeson, Jr._____
JOSEPH F. LEESON, JR.
United States District Judge